♺AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Mavis Beck, as Power of Attorney for Allen Beck

V.

Sunrise Senior Living Management, Inc., d/b/a Sunrise of Minnetonka, MorSun Tenant, L.P. d/b/a Sunrise of Minnetonka

**JUDGMENT IN A CIVIL CASE**

Case Number: 08-28 MJD/JJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Complaint is dismissed on its merits **WITH PREJUDICE** and without costs, disbursements or attorneys' fees to any party.

| | |
|---|---|
| March 4, 2009 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/LP Holden |
| | (By)    LP Holden,   Deputy Clerk |

Form Modified:  09/16/04